**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **Lakeview Loan Servicing, LLC** | **CIVIL ACTION NO: 1:25-cv-00070-JAW** |
| **Plaintiff** | **JUDGMENT OF FORECLOSURE AND SALE** |
| **vs.** | **RE:**<br>**23 Spring Street, Augusta, ME 04330** |
| **Santa E. Havener** | **Mortgage:**<br>**October 16, 2020**<br>**Book 13752, Page 1** |
| **Defendant** | |

**JUDGMENT OF FORECLOSURE AND SALE**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on July 17, 2026. Plaintiff, Lakeview Loan Servicing, LLC, was present and represented by Reneau J. Longoria, Esq. Defendant Santa E. Havener did appear and presented her case, testified and examined Plaintiff's witness.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, and Count IV – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or her heirs or assigns pay Lakeview Loan Servicing, LLC ("Lakeview") the amount adjudged due and owing ($161,505.37) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Lakeview shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $134,336.24 |
| Interest | $7,293.09 |
| Corporate Advance Balance | $11,857.39 |
| Escrow Advance | $7,521.76 |
| Late Charges | $189.93 |
| Mortgage insurance Premium (Pro Rata MI) | $306.96 |
| **Grand Total** | **$161,505.37** |

2. If the Defendant or her heirs or assigns do not pay Lakeview the amount adjudged due and owing ($161,505.37) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, her remaining rights to possession of the Augusta Property shall terminate, and Lakeview shall conduct a public sale of the Augusta Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $161,505.37 after deducting the expenses of the sale, with any surplus to be paid according to further order of this Court in light of the Writ of Execution in the matter of the *City of Augusta v. Santa Havener*, Docket No. CV-24-109, Maine District Court, Augusta, Maine in the amount of "$57,831.00, and any other amounts due" recorded on March 3, 2025 in Book 15308, Page 251 (after the Affidavit of Commencement of this action also filed March 3, 2025 in Book 15308, Page 110) and the City's Special Assessment for cleaning in the amount of $12,913.24 plus interest; and then to the Defendant or her heirs or assigns, in accordance with 14 M.R.S.A. § 6324. As set forth in the Affidavit of Debt attached hereto as Exhibit B, the City of Augusta's total lien as of July 17, 2026 was $71,585.98

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of her right to possession, Lakeview may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing as of July 17, 2026, is $161,505.37 and Lakeview may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

6. Lakeview Loan Servicing, LLC has first priority, in the amount of $161,505.37, pursuant to the subject Note and Mortgage; the City of Augusta has second priority and there are no parties in interest other than the Defendant who has third priority.

7. The prejudgment interest rate is 2.75000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 9.5%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue December 2025, 3.5% plus 6% for a total post-judgment interest rate of 9.5%).

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Lakeview Loan Servicing, LLC<br>4425 Ponce De Leon Boulevard,<br>Mailstop MS5/521<br>Coral Gables, FL 33146 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Santa E. Havener<br>23 Spring Street<br>Augusta, ME 04330 | Pro Se |
|  | *CITY OF AUGUSTA<br><br>Bodie B. Colwell<br>Partner<br>207.791.3245 Tel<br>bcolwell@preti.com<br><br>*Not named as a Defendant or<br>Party-in-Interest due to the<br>recording of the lien<br>immediately after the Complaint<br>but having a recorded interest in<br>the property. |  |

a) The docket number of this case is No. 1:25-cv-00070-JAW.

b) The Defendant, the only parties to these proceedings besides Lakeview, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 23 Spring Street, Augusta, ME 04330, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 23 Spring Street, Augusta, ME 04330. The Mortgage was executed by the Defendant, Santa E. Havener on October 16, 2020. The book and page number of the Mortgage in the Kennebec Registry of Deeds is Book 13752, Page 1.

e) This judgment shall not create any personal liability on the part of the Defendant but

shall act solely as an *in-rem* judgment against the property, 23 Spring Street, Augusta, ME 04330.

10. The judgment lien was recorded by the City on March 3, 2025, after but on the same day as the Complaint and thus was not a Party-in-Interest to this Action but is included in this judgment in the event of a surplus following foreclosure sale.

11. If the property is sold to a third-party, the Plaintiff will return to the court and file a Report of Sale with the proposed distribution of any surplus funds.

**SO ORDERED**

**DATED: July 22, 2026**                    /s/ John A. Woodcock, Jr.
                                            **U.S. DISTRICT JUDGE**

Exhibit A - Property Description

Borrower(s):          Santa E. Havener

Property Address:     23 Spring Street, Augusta, ME 04330

A certain lot or parcel of land with the buildings thereon, situated on Spring Street in Augusta, County of Kennebec and State of Maine, bounded and described as follows:

Lot No. 10 according to a plan of lots on Spring Street, Augusta, Maine, made by Henry F. Hill in March, 1930 and on file in Kennebec Registry of Deeds, said lot being bounded and described as follows: On the north by the southerly line of Bridge Street; on the west by the easterly line of said Spring Street; on the south by Lot No. 9 on said plan, and on the east by land formerly owned by one Colburn.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC, | **CIVIL ACTION NO:**<br>**1:25-cv-00070-JAW** |
| Plaintiff, | |
| | **RE:** |
| v. | **23 Spring Street,** |
| | **Augusta, ME 04330** |
| SANTA E. HAVENER, | |
| Defendant. | |

### AFFIDAVIT OF KELLY J. GOOLDRUP

Having been first duly sworn, Affiant does depose and state as follows:

1.     I, Kelly J. Gooldrup, am the Tax Collector of the City of Augusta, Maine (the "City"). I am authorized to make this Affidavit on behalf of the City. I have personal knowledge of the matters set forth below, which knowledge is derived from my own review of, and my custody and control of, the official records of the City that are made and kept in the ordinary course of the City's business, including its tax, assessment, and legal-collection records. At the times these records were made, it was the regular practice of the City to make and keep these records.

2.     This Affidavit concerns the real property located at 23 Spring Street, Augusta, Maine 04330, identified on the City's tax maps as Map 28, Lot 52 (the "Property"). The record owner of the Property is Santa E. Havener (the "Owner").

3.     The City obtained a judgment against Santa E. Havener arising from the land-use and code violations at the Property in the action captioned *City of Augusta v. Santa E. Havener*, Maine District Court, Kennebec County, Civil Action Docket No. CV-24-10.

4.     On August 1, 2024, the Kennebec District Court entered a Default Judgment and Order requiring the owner to abate the violations at the Property and to pay the City: (a) a civil

1

25827080.1



penalty of $54,800.00 under 30-A M.R.S. § 4452(3)(B), representing $100 per day for each of four identified violations from the date of the February 24, 2024 Notice of Violation; and (b) $1,444.06 in reasonable attorney's fees and court costs under 30-A M.R.S. § 4452(3)(D). A copy of the Default Judgment and Order is attached hereto as Exhibit A.

5.    On January 3, 2025, the Kennebec District Court entered a Final Judgment (the "Final Judgment") finding that the Owner had not abated the violations within the time ordered, awarding the City an additional $1,500.00 in costs and an additional $187.50 in attorney's fees, and ordering the Owner to pay penalties, fines, attorney's fees, and costs in the total amount of **$57,931.56**. A copy of the Final Judgment is attached hereto as Exhibit B.

6.    On March 3, 2025, the City recorded in the Kennebec County Registry of Deeds a Writ of Execution relating to the Judgment which is attached hereto as Exhibit C.

7.    The full amount of the Final Judgment, $57,931.56, remains unpaid, together with post-judgment interest as allowed by law.

8.    Following the Owner's failure to abate code and land-use violations at the Property, the City incurred costs to remove and abate those violations. The City assessed those costs against the Owner as a special assessment (the "Special Assessment") for fiscal year 2025–2026 by invoice dated February 12, 2025 (Invoice No. 30622), in the total amount of **$12,913.24**, comprising: reimbursement for staff time in the amount of: $1,373.24; reimbursement for materials in the amount of $540.00; and reimbursement for clean up in the amount of $11,000.00. A copy of the Special Assessment is attached hereto as Exhibit D.

9.    On May 28, 2026, the City recorded in the Kennebec County Registry of Deeds a Tax Collector's Lien Certificate for the Special Assessment in the amount of $13,470.05. A copy of that Tax Collector's Lien Certificate is attached hereto as Exhibit E.

25827080.1

10.     The full amount of the special assessment remains unpaid. Under the City's tax commitment warrant, unpaid amounts accrue interest at the rate of 7.50% per annum from the applicable due date until paid.

11.     In summary, as of July 17, 2026, the following amounts remain owing:

| | |
|---|---|
| Final Judgment (Jan. 3, 2025), Docket No. CV-24-109 | $57,931.56 |
| Writ Recording fee | $25.00 |
| Special Assessment / abatement charges (Invoice No. 30622) | $12,913.24 |
| Certified Mailing / Lien Fees | $72.68 |
| Interest on Special Assessment to July 17, 2026 (7.5% per annum) | $643.50 |
| TOTAL | $71,585.98 |

Dated at Augusta, Maine this 20th day of July 2026.

_____
Kelly J. Gooldrup, Tax Collector
City of Augusta, Maine

STATE OF MAINE
Kennebec County, ss.                                        July 20, 2026

        Personally appeared the above-named Kelly J. Gooldrup and made oath that the foregoing Affidavit by her subscribed is true and correct to the best of his knowledge, information and belief. Wherein statements made are based on information and belief, she believes them to be true.

                                        Before me,

                                        _____
                                        Notary Public
                                        Print Name: Alisha Ballard
                                        My Commission Expires: 09/19/2026

ALISHA BALLARD
Notary Public - State of Maine
My Comm. Expires 9-19-26

3

25827080.1

STATE OF MAINE
KENNEBEC, SS.

DISTRICT COURT
Civil Action
Docket No. CV-24-109

AUGUSTA COURTS
JUL 22 '24 PM2:27

CITY OF AUGUSTA,

    Plaintiff,

v.

SANTA E. HAVENER,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**DEFAULT JUDGMENT AND
ORDER**

This matter came before the Court upon the Land Use Citation and Complaint filed by the Plaintiff City of Augusta against Defendant Santa E. Havener, dated as of June 20, 2024, pursuant to M.R. Civ. P. 80K. This matter was scheduled for hearing on July 10, 2024 at 9:00 a.m. Defendant was duly served with the Complaint and notice of hearing. On July 10, 2024, a hearing was held at which Defendant did not appear. Defendant having failed to appear, the Court issues this Default Judgment and Order pursuant to M.R. Civ. P. 55:

1. Within 30 days of the date of this Order, Defendant shall remove and abate the violations identified in Plaintiff's Complaint found on the Defendant's property at 23 Spring Street, Augusta, Maine 04330 (the "Property"). If Defendant fails to remove and abate the identified violations within 30 days, the City may enter upon the Property and remove and abate the violations at the Defendant's sole cost. If the Plaintiff removes any motor vehicles from the Property, it shall perform an inventory and determine title to the motor vehicles and shall thereafter request a conference with the Court for the purpose of determining a proper method for their disposal.

2. In accordance with 30-A M.R.S. §4452(3)(B), Defendant shall pay $54,800 to the

22072436.1

Plaintiff, representing a civil penalty of $100 per each of the four identified violations per day since Plaintiff issued the Notice of Violation, dated February 24, 2024, to the Defendant.

3. Pursuant to 30-A M.R.S. §4452(3)(D), Defendant shall pay $1,444.06 to the Plaintiff, representing Plaintiff's reasonable attorney's fees and court costs incurred in the prosecution of this matter, as established by the Affidavit of Cameron A. Ferrante, dated July 19, 2024, counsel to Plaintiff in this matter.

SO ORDERED.

Dated: _0/1/24_

_____
Judge, District Court

-2-

22072436.1

STATE OF MAINE
KENNEBEC, SS.

DISTRICT COURT
Civil Action
Docket No. CV-24-109

| | |
|---|---|
| CITY OF AUGUSTA, | ) |
| Plaintiff, | ) |
| v. | )     **FINAL JUDGMENT** |
| SANTA E. HAVENER, | ) |
| Defendant. | ) |

On motion of the Plaintiff City of Augusta and after due consideration of the Motion and supporting affidavits, the Court finds as follows:

1. Defendant Santa E. Havener failed to comply with this Court's Default Judgment and Order, dated August 1, 2024 by removing and abating the violations located at 23 Spring Street, Augusta, Maine (the "Property") within 30 days of the date of the Order.

2. Plaintiff City of Augusta has incurred additional costs of $1,500 in accordance with the Order.

3. Plaintiff City of Augusta has further incurred an additional $187.50 in attorney's fees in relation to the preparation of the Motion.

Accordingly, the Plaintiff's Motion for Entry of Final Judgment is hereby GRANTED and Defendant Havener is ordered to pay penalties, fines, attorney's fees and costs in the amount of $57,931.56 to Plaintiff City of Augusta.

SO ORDERED.

Dated: _1/3/25_

_____
Judge, District Court

4

22072436.1



OPR BK 15308 PGS 251-254 03/03/2025 02:31:0
INSTR # 2025004079      # OF PAGES    4
ATTEST:    MATTHEW BOUCHER
REGISTER OF DEEDS      KENNEBEC COUNTY, ME

CONTAINS NONPULIC DIGITAL INFORMATION

### MAINE JUDICIAL BRANCH

| City of Augusta | Plaintiff | ☐ Superior Court ☒ District Court |
|---|---|---|

V.

Santa Havener — Defendant

County: Kennebec

Location (Town): Augusta

Docket No.: CV-24-109

### WRIT OF EXECUTION
☐ Renewal **

To the sheriffs of our several counties or any of their deputies:

On (mm/dd/yyyy) __01/03/2025__ , a judgment was entered on the docket wherein the ☒ Plaintiff
☐ Defendant _City of Augusta_ _____ recovered
judgment in ☒ District Court at _Kennebec_ _____ ☐ Superior Court for _____ County
against said ☐ Plaintiff ☒ Defendant _Santa Havener_ _____

COUNT _I___ (as to defendant _____ )

The judgment of record indicates:

$ __54,800.00__ in principal debt or damages
$ __1,631.56__ in attorney fees
$ _____ in _____
☒ $ __1,500.00__ in costs of suit
☐ $ _____ interest as set in judgment
☐ pre-judgment interest accrued at the rate of _____% commencing on (mm/dd/yyyy) _____
   (the date of filing of the complaint or service of notice of claim)
☐ post-judgment interest accrued at the rate of _____% commenced on (mm/dd/yyyy) _____
   (the date judgment was docketed) (See attached Schedule A for additional counts.)

We command that you cause the goods, chattels, or lands of the Debtor within your county to be paid and satisfied to the Creditor, in the total sums from all count(s), and $_____25.00_____ for this _____First_____ Writ of Execution, but with credit provided to the Debtor for any payments made, and make return of this writ within three years from this date.

The amount listed herein may not reflect the actual amount currently due. The judgment debtor may contact the judgment creditor to discuss the amount currently due.

**If checked, this is a renewal writ. The judgment amounts listed on this form are the same amounts as on the original writ.

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-151, Rev. 11/15                    Page 1 of 4                    www.courts.maine.gov
Writ of Execution



CONTAINS NONPULIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

A True Copy Attest:

_Tamara M. Rueda_
Clerk
(Seal of Court)

SEAL

Date (*mm/dd/yyyy*): 02/11/2025

Cameron Ferrante, Esq

(☒ Attorney for) ☒ Plaintiff ☐ Defendant

One City Center

Portland, ME 04101

Address

▶ _Tamara M Rueda_
Clerk Signature

_Tamara M Rueda_
Name Printed

---

**STATE OF MAINE**

_____, ss.

By virtue of this execution, I have made a diligent search for the property of the within-named _____, ☐ plaintiff ☐ defendant, but I could find none within my county; and I return this execution in no part satisfied.

Date (*mm/dd/yyyy*): _____

▶ _____
Signature

_____
Agency

---

_____, ss.

By virtue of this execution, I have taken the sum of $_____ from _____, the ☐ plaintiff ☐ defendant; have paid _____, ☐ plaintiff ☐ defendant, the sum of $_____. I return this execution ☐ fully ☐ partially satisfied.

☐ I have made a diligent search for additional property of _____ but I could find none within my county and return this writ only partially satisfied.

Date (*mm/dd/yyyy*): _____

▶ _____
Signature

_____
Agency

---

**\*\*Renewal Writs Only\*\***

Prior Writs of Execution issued in this proceeding have been returned to the court indicating that $_____ of property was previously seized and paid to plaintiff/defendant.

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-151, Rev. 11/15                   Page 2 of 4                   www.courts.maine.gov
Writ of Execution

CONTAINS NONPULIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

**WRIT OF EXECUTION (Schedule A)**

**COUNT** _____ (as to defendant _____)

The judgment of record indicates:

$ _____ in principal debt or damages
$ _____ in attorney fees
$ _____ in _____
☐ $ _____ in costs of suit
☐ $ _____ interest as set in judgment
☐ pre-judgment interest accrued at the rate of _____% commencing on {mm/dd/yyyy} _____
   (the date of filing of the complaint or service of notice of claim)
☐ post-judgment interest accrued at the rate of _____% commenced on (mm/dd/yyyy) _____
   (the date judgment was docketed)

**COUNT** _____ (as to defendant _____)

The judgment of record indicates:

$ _____ in principal debt or damages
$ _____ in attorney fees
$ _____ in _____
☐ $ _____ in costs of suit
☐ $ _____ interest as set in judgment
☐ pre-judgment interest accrued at the rate of _____% commencing on (mm/dd/yyyy) _____
   (the date of filing of the complaint or service of notice of claim)
☐ post-judgment interest accrued at the rate of _____% commenced on (mm/dd/yyyy) _____
   (the date judgment was docketed)

**COUNT** _____ (as to defendant _____)

The judgment of record indicates:

$ _____ in principal debt or damages
$ _____ in attorney fees
$ _____ in _____
☐ $ _____ in costs of suit
☐ $ _____ interest as set in judgment
☐ pre-judgment interest accrued at the rate of _____% commencing on (mm/dd/yyyy) _____
   (the date of filing of the complaint or service of notice of claim)
☐ post-judgment interest accrued at the rate of _____% commenced on (mm/dd/yyyy) _____
   (the date judgment was docketed)

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

+

CONTAINS NONPULIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

**COUNT** _____ (as to defendant _____)

The judgment of record indicates:

$ _____ in principal debt or damages
$ _____ in attorney fees
$ _____ in _____
☐ $ _____ in costs of suit
☐ $ _____ interest as set in judgment
☐ pre-judgment interest accrued at the rate of _____% commencing on (*mm/dd/yyyy*) _____
(the date of filing of the complaint or service of notice of claim)
☐ post-judgment interest accrued at the rate of _____% commenced on (*mm/dd/yyyy*) _____
(the date judgment was docketed)

**COUNT** _____ (as to defendant _____)

The judgment of record indicates:

$ _____ in principal debt or damages
$ _____ in attorney fees
$ _____ in _____
☐ $ _____ in costs of suit
☐ $ _____ interest as set in judgment
☐ pre-judgment interest accrued at the rate of _____% commencing on (*mm/dd/yyyy*) _____
(the date of filing of the complaint or service of notice of claim)
☐ post-judgment interest accrued at the rate of _____% commenced on (*mm/dd/yyyy*) _____
(the date judgment was docketed)

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

```
                                    CUSTOMER    INVOICE     INVOICE
                                    NUMBER      DATE        NUMBER
                                    45880       02/12/2025   30622
CITY OF AUGUSTA
16 CONY STREET
AUGUSTA ME 04330


***** DUPLICATE INVOICE *****



        HAVENER SANTA E

        23 SPRING ST

        AUGUSTA, ME 04330
                                 ORIG                            AMOUNT
DESCRIPTION                      BILL     ADJUSTED     PAID        DUE

REIMBURSEMENT FOR STAFF TIME    1128.26     244.98      .00      1373.24
QTY      1.00 @    1373.24 PER EACH
REIMBURSEMENT FOR MATERIALS      540.00        .00      .00       540.00
QTY      1.00 @     540.00 PER EACH
REIMBURSEMENT FOR CLEAN UP     11000.00        .00      .00     11000.00
QTY      1.00 @   11000.00 PER EACH
```

INVOICE TOTAL DUE      12,913.24

DUE IN 30 DAYS

FOR QUESTIONS REGARDING YOUR INVOICE PLEASE CALL TREASURER'S OFFICE AT
207-626-2316. MAKE CHECKS PAYABLE TO CITY OF AUGUSTA AND MAIL TO TREASURER, 16
CONY STREET, AUGUSTA, ME 04330.



OPR BK 15738PGS 221-221 05/28/2026 01:47:38
INSTR # 2026010837         # OF PAGES   1
ATTEST:     MATTHEW BOUCHER
REGISTER OF DEEDS        KENNEBEC COUNTY, ME

**State of Maine**

## CITY OF AUGUSTA

## TAX COLLECTOR'S LIEN CERTIFICATE

### 36 M.R.S.A. § 942, 943, as amended

I, Kelly J. Gooldrup Tax Collector of the Municipality of Augusta, Maine, in the County of Kennebec, said taxes having been duly and legally committed to me for collection on the 16th day of July 2025, hereby give you this notice that a tax, duly and legally assessed to real estate in said Municipality, and assessed against HAVENER, SANTA E as owner-thereof, said real estate located at 23 SPRING STREET being bounded and described as follows:

> Parcel 0028+-0052+-0000+, of the Assessor's Tax Maps of the City of Augusta, made by James W. Sewall Co., Old Town, Maine, dated April 1, 1955 and revised April 1, 2025, consisting of 95 maps, numbered 1-95 inclusive, which are on file at the Assessors' Office of the City of Augusta,

together with interest which has been added to and become part of said tax, and together with costs to this office for making the demand, a total of $13,470.05 remains unpaid; that a lien is claimed on said real estate, above described, to secure the payment of the said tax; that a demand for payment, of the said tax has been made of the said HAVENER, SANTA E by sending by certified mail to his/her last known place of abode on the 21st day of April 2026, a notice in writing signed by Kelly J. Gooldrup stating the amount of said tax, describing the real estate on which said tax is assessed, alleging that a lien is claimed on said real estate to secure the payment of said tax and costs within 30 days after mailing of said notice, in accordance with the provisions in M.S.R.A. Title 36, Sections 942 and 943, as amended.

| | | |
|---|---|---|
| Tax Amount with Interest | $13,396.61 | |
| Additional Costs: | | |
| Lien Recording and Discharge Fees | $50.00 | |
| Lien Costs | $13.00 | |
| Certified Mail Costs | $10.44 | Kelly J. Gooldrup, Tax Collector |
| Total | $13,470.05 | City of Augusta, Maine |

### STATE OF MAINE

Kennebec, ss                                                                     May 28, 2026

Then personally appeared the above Kelly J. Gooldrup, Tax Collector, and acknowledged the foregoing instrument to be her free act and deed in her capacity.

Before me, _____
Angela M Nelson, Maine Notary Public - Exp: 05/29/2033